**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHIEHEN CHUNG,

    Plaintiff,

v.                                      CASE NO.: 8:19-cv-1370-T-35AEP

THINKDIRECT MARKETING GROUP, INC.,

    Defendant.
_____/

**SUMMONS IN A CIVIL ACTION**

TO:    ThinkDirect Marketing Group, Inc.
          c/o: Incorporating Services, LTD, Registered Agent
          1540 Glenway Drive
          Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United State or a United States agency, or an office or employee of the United State described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

          Brandon J. Hill
          Wenzel Fenton Cabassa, P.A.
          1110 N. Florida Ave., Suite 300
          Tampa, FL 33602

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF THE COURT

Date: **Jun 06, 2019**                    *LindsayRichards*
                                                          Signature of Deputy Clerk