## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Middle District of Florida

Case Number: 8:19-CV-1370-T-35AEP

Plaintiff:
**CHIEHEN CHUNG, on behalf of himself and on behalf of all others similarly situated**

vs.

Defendant:
**THINKDIRECT MARKETING GROUP, INC.**


TPL2019109157

For:
Brandon J. Hill
Wenzel Fenton Cabassa, P.A.

Received by TROPICAL SURVEILLANCE AND INVESTIGATIONS on the 7th day of June, 2019 at 9:34 am to be served on **THINKDIRECT MARKETING GROUP, INC. c/o: Incorporating Services, LTD, Registered Agent, 1540 Glenway Drive, Tallahassee, FL 32301**.

I, **TYREE SLADE**, do hereby affirm that on the **10th day of June, 2019** at **10:52 am**, I:

served a **CORPORATE, PARTNERSHIP, ASSOCIATION OR GOVERNMENT SERVICE** by delivering a true copy of the **Summons in a Civil Action and Complaint and Demand for Jury Trial** with the date and hour of service endorsed thereon by me, to: **Melissa Stops** as **Registered Agent** authorized to accept service, of the within named corporation, at the address of: **1540 Glenway Drive, Tallahassee, FL 32301** on behalf of **THINKDIRECT MARKETING GROUP, INC.**, and informed said person of the contents therein, in compliance with state statutes. Actual service location: (30.4468,-84.2556) accuracy 10 m.

**Description** of Person Served: Age: 38, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 160, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.    "Under penalties of perjury, I declare that I have read the foregoing document and that the facts in it are true" F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO FS 92.525

_____
TYREE SLADE
Process Server 214

TROPICAL SURVEILLANCE AND INVESTIGATIONS
Po Box 173019
Tampa, FL 33672
(813) 258-8885

Our Job Serial Number: TPL-2019109157
Ref: Chiehen Chung

Copyright © 1992-2019 Database Services, Inc. - Process Server's Toolbox V8.0n