# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CHIEHEN CHUNG,**

    **Plaintiff,**

v.                                      **CASE NO.:  8:19-cv-1370-MSS-AEP**

**THINKDIRECT MARKETING GROUP, INC.,**

    **Defendant.**

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff, CHIEHEN CHUNG, pursuant to Fed. R. Civ. P. 41(a), hereby voluntarily dismisses this action without prejudice, and with each party to bear its own attorney's fees, costs and disbursements.

Dated this 21st day of June, 2019.

                                                        Respectfully submitted,

                                                        */s/Brandon J. Hill*
                                                        **Brandon J. Hill**
                                                        Florida Bar No.37061
                                                        Wenzel Fenton Cabassa P.A.
                                                        1110 N. Florida Avenue Suite 300
                                                        Tampa, Florida 33602
                                                        Main No.: 813-224-0431
                                                        Direct No.: (813) 337-7992
                                                        Facsimile No.: 813-229-8712
                                                        Email: bhill@wfclaw.com
                                                        Email: twells@wfclaw.com
                                                        **Attorneys for Plaintiff**

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 21st day of June, 2019, the foregoing was electronically filed using the Florida Courts E-Filing Portal, which will send a notice of electronic filling to:

INCORPORATING SERVICES, LTD., Registered Agent
1540 GLENWAY DRIVE
TALLAHASSEE, FL 32301

>	*/s/Brandon J. Hill*
>	**Brandon J. Hill**